United States District Court
Southern District of Texas
**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| GHI Energy, LLC, | § |
| Plaintiff, | § § § |
| v. | § § Civil Action No. H-24-1592 |
| Entrypoint RNG Partners, LLC, et al., | § § |
| Defendants. | § § |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Memorandum and Recommendation (docket no. 51) dated June 17, 2025, Defendant, Entrypoint RNG Partners, LLC's objections (docket no. 56) and Plaintiff, GHI Energy, LLC's response (docket no. 58) and concludes that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant, Entrypoint RNG Partners, LLC's Motion to Compel Discovery (docket no. 23) is **DENIED WITHOUT PREJUDICE**.

It is further **ORDERED** that Plaintiff, GHI Energy, LLC's Motion for Partial Summary Judgment (docket no. 25) is **GRANTED**.

It is further **ORDERED** that Defendant, Entrypoint RNG Partners, LLC's Motion to Defer or Deny GHI's Motion for Partial Summary Judgment (docket no. 33) is **DENIED**.

**SIGNED** at Houston, Texas, on this the ___16th___ day of July, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE